IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

TAMMY HURST,  :
  :
    Plaintiff,  :
  :
vs.  :  Civil Action No.
  :  **3:05-CV-29(CAR)**
JO ANNE B. BARNHART,  :
Commissioner of Social Security,  :
  :
    Defendant.  :
_____

**ORDER**

Upon consideration of Plaintiff's motion for leave to proceed *in forma pauperis* and her affidavit of indigency in support thereof, and it appearing that said Plaintiff meets the requirements of 28 U.S.C. § 1915 (1966) for proceeding *in forma pauperis*, it is ORDERED that Plaintiff is allowed to proceed in this action without prepayment of costs or fees or the necessity of giving security therefore.

**SO ORDERED**, this 3rd day of June, 2005.

/S/ Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE